Alan J. Kessel (Cal. Bar No.: 130707)
Keli N. Osaki (Cal. Bar No.: 179920)
Sandeep J. Shah (Cal. Bar No.: 210449)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

Attorneys for Plaintiff DIRECTV, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation, | Case No.: CIV-S-03-2463 FCD PAN |
| Plaintiff, | Honorable Frank C. Damrell, Jr. |
| vs. | **ORDER DISMISSING DEFENDANT BILL MCCORD AND RETAINING JURISDICTION** |
| WES WOODLAND, et al., | |
| Defendants. | |

## <u>ORDER</u>

HAVING READ AND CONSIDERED the Stipulation for Voluntary Dismissal of Defendant BILL MCCORD and Request to Retain Jurisdiction, and such other pleadings, documents and records deemed appropriate by the Court, and good cause appearing therefore, IT IS HEREBY ORDERED:

(1)     Defendant BILL MCCORD is hereby dismissed from this action with prejudice;

(2)     Each of said parties to bear its/his own costs and attorney's fees; and

(3)     The Court shall retain jurisdiction over DIRECTV and Defendant BILL MCCORD to enforce the terms described above of the Settlement Agreement between those

///

///

**[PROPOSED] ORDER DISMISSING DEFENDANT BILL MCCORD AND RETAINING JURISDICTION**

1    parties dated March 17, 2005 and hereby refers any further proceedings in this action to enforce

2    such terms of the Settlement Agreement to a Magistrate Judge of this District.

3

4    Dated: May 3, 2005

5                                                    /s/ Frank C. Damrell Jr.
                                                     Honorable Frank C. Damrell, Jr.
6                                                    United States District Court
                                                     Eastern District of California

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER DISMISSING DEFENDANT BILL MCCORD AND RETAINING JURISDICTION**