Alan J. Kessel (Cal. Bar No.: 130707)
Keli N. Osaki (Cal. Bar No.: 179920)
Sandeep J. Shah (Cal. Bar No.: 210449)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

Attorneys for Plaintiff DIRECTV, INC.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WES WOODLAND, et al.,<br><br>Defendants. | CASE NO. CIV-S-03-2463 FCD PAN<br><br>Hon. Frank C. Damrell, Jr.<br><br>**ORDER DISMISSING DEFENDANT MICHAEL PIWKIEWICZ** |

## ORDER

HAVING READ AND CONSIDERED the Stipulation for Voluntary Dismissal of Defendant MICHAEL PIWKIEWICZ, and such other pleadings, documents and records deemed appropriate by the Court, and good cause appearing therefore, IT IS HEREBY ORDERED:

(1)   Defendant MICHAEL PIWKIEWICZ is hereby dismissed from this action without prejudice; and the entire action is now closed;

(2)   Each of said parties to bear its/his own costs and attorney's fees.

Dated: July 18, 2005

/s/ Frank C. Damrell Jr.
Honorable Frank C. Damrell, Jr.
Judge of the United States District Court
Eastern District of California

BNFY 551433v1                                    -1-                            (CIV-S-03-2463 FCD PAN)

**[PROPOSED] ORDER DISMISSING DEFENDANT MICHAEL PIWKIEWICZ**